CSD 1159A [11/15/04]

Name, Address, Telephone No. & I.D. No.
DARLENE C. VIGIL - CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: SDCAECF@BDFGROUP.COM
File No. 00000007440944

Order Entered on April 20, 2018 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>STEPHEN J. LEWIS aka Stevan J. Lewis and SHELLY L. LEWIS fka Shelly L. Johansen<br>Debtor. | BANKRUPTCY NO. 17-04699-CL13 |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR11<br>Movant(s) | RS NO. EAT-1 |
| STEPHEN J. LEWIS, SHELLY L. LEWIS, THOMAS H. BILLINGSLEA, Trustee, ROBERT THOMAS and SAN DIEGO COUNTY, Lienholders<br>Respondent(s) | Date of Hearing: April 25, 2018<br>Time of Hearing: 2:00 P.M.<br>Name of Judge: Hon. Christopher B. Latham |

## ORDER ON
## STIPULATION RE: ADEQUATE PROTECTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __32/41__    jrm

//
//
//
//

DATED: April 20, 2018

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
(Firm name)

By: DARLENE C. VIGIL    /s/ DARLENE C. VIGIL
Attorney for ☑ Movant ☐ Respondent

CSD 1159A

CSD 1159A [11/15/04](Page 2)
ORDER ON STIPULATION RE: ADEQUATE PROTECTION
DEBTOR: STEPHEN J. LEWIS aka Stevan J. Lewis and SHELLY L. LEWIS fka Shelly L. Johansen
CASE NO: 17-04699-CL13
RS NO.: EAT-1

IT IS ORDERED that the terms and provisions contained in the Stipulation Re: Adequate Protection filed on April 18, 2018, as Docket Entry No. 41 is hereby granted.

IT IS HEREBY STIPULATED by and between Movant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR11 ("Movant"), through its attorneys of record, and Adam B. Arnold, attorney for Debtors STEPHAN J. LEWIS and SHELLY L. LEWIS ("Debtors") as follows:

Movant is the beneficiary of a promissory note secured by a first priority deed of trust recorded on May 3, 2006 as Instrument No. 2006-0311215 in the Office of the County Recorder of San Diego County, California, encumbering that certain real property commonly known as 3975 VIA PALO VERDE LAGO, ALPINE, CA 91901, and legally described in the subject deed of trust.

IT IS FURTHER ORDERED that the Debtors must cure the postpetition default computed through April 2018 in the sum of $21,319.01 as follows:
4 monthly payments @ $4,914.52 each (December 2017 – March 2018) = $19,658.08
1 monthly payment @ $4,983.25 (April 2018) = $4,983.25
NSF fees = $25.00
Less Suspense = ($3,347.32)
Total = $21,319.01

a. In equal monthly installments of $1,776.59 each commencing May 15, 2018 and continuing thereafter through and including March 15, 2019;
b. By paying the sum of $1,776.52 on or before April 15, 2019.

IT IS FURTHER ORDERED that in addition, Debtors shall pay the regular post-petition monthly mortgage installments commencing on May 1, 2018 and continuing on the first (1st) day of each calendar month thereafter during the pendency of this bankruptcy case. Payments must be received before the expiration of any grace period allowed by the terms of the promissory note. The current monthly payment is $4,983.25, but is subject to change pursuant to the terms of the promissory note.

IT IS FURTHER ORDERED that if any of the foregoing payments is not timely received, Movant shall serve written notice upon the Debtors and Debtors' attorney, allowing Debtors fourteen (14) calendar days from the date of service to cure her default. If Movant does not receive the amount in default before the expiration of said fourteen-day period, movant may lodge and serve a Declaration re Failure to Cure Default and proposed Order Granting Automatic Stay after seventy-two (72) hours telephonic notice to attorney for Debtors. The proposed order shall include a provision deeming it effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that Debtors' counsel's fees of $625.00 are allowed and will be paid through the Chapter 13 Plan.

IT IS FURTHER ORDERED that the foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and movant may proceed to enforce its remedies under applicable non-bankruptcy law.

CSD 1159A

Signed by Judge Christopher B. Latham April 20, 2018