CSD 1159A [11/15/04]

Name, Address, Telephone No. & I.D. No.

DARLENE C. VIGIL - CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765     File No. 7440944
P: (626) 915-5714; F: (972) 661-7726
E-mail: sdcaecf@BDFGroup.com

Order Entered on
March 4, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
STEPHEN J. LEWIS, aka Stevan J. Lewis,
SHELLY L. LEWIS, fka Shelly L. Johansen
                                              Debtor.

BANKRUPTCY NO. 17-04699-CL13

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR11
                                              Movant(s)

RS NO. EAT-1

STEPHEN J. LEWIS, SHELLY L. LEWIS, THOMAS H. BILLINGSLEA, TRUSTEE, ROBERT THOMAS and SAN DIEGO COUNTY, Lienholders
                                              Respondent(s)

Date of Hearing: April 25, 2018
Time of Hearing: 2:00 PM
Name of Judge: Hon. Christopher B. Latham

**ORDER ON**
**DECLARATION RE FAILURE TO CURE POST-PETITION DEFAULT PURSUANT TO TERMS OF ORDER ON STIPULATION RE: ADEQUATE PROTECTION**

　　　　IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __32__

//
//
//
//

DATED:   March 1, 2019

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
(Firm name)

By: /s/ Darlene C. Vigil
    Attorney for  ☑ Movant  ☐ Respondent

CSD 1159A

CSD 1159A [11/15/04](Page 2)
ORDER ON DECLARATION RE FAILURE TO CURE POST-PETITION DEFAULT PURSUANT TO TERMS OF ORDER ON STIPULATION RE: ADEQUATE PROTECTION
DEBTOR: STEPHEN J. LEWIS, aka Stevan J. Lewis,
SHELLY L. LEWIS, fka Shelly L. Johansen

CASE NO: 17-04699-CL13
RS NO.: EAT-1

   The court having considered the Declaration Re: Failure to Cure Post-Petition Default pursuant to terms of Order on Stipulation Re: Adequate Protection filed on March 1, 2019, as Document No. 60, and good cause appearing it is

   ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by 11 U.S.C. Section 362(a) shall be and is hereby terminated as to Movant, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR11, its successor and/or assigns, thereby permitting the enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on May 3, 2006, as Instrument No. 2006-0311215, in the Office of the County Recorder of San Diego County, CA, encumbering that certain real property commonly known as 3975 VIA PALO VERDE LAGO, ALPINE, CA 91901, and legally described as follows:

THE LAND REFERRED TO IS SITUATED IN THE UNINCORPORATED AREA OF THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL A

LOT 42 OF PALO VERDE RANCH EAST, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 6929, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 9, 1971,

PARCEL B:

AN EASEMENT FOR INGRESS AND EGRESS OVER, ALONG AND ACROSS THAT PORTION OF LOT 43 OF PALO VERDE RANCH EAST, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THERE OF NO.6929, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAP 9, 1971, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEASTERLY CORNER OF LOT 44 OF SAID MAP NO. 6929; THENCE ALONG THE NORTHERLY LINE OF SAID LOT 43; NORTH 80 DEG 00' 00" EAST, 30.00 FEET TO THE NORTHEASTERLY CORNER THEREOF; THENCE ALONG THE EASTERLY LINE OF SAID LOT 43, SOUTH 10 DEGREE 00" 00" EAST, 380.00 FEET; THENCE LEAVING SAID EASTERLY LINE,, NORTHWESTERLY IN A STRAIGHT LINE TO THE SOUTHEASTERLY CORNER OF SAID LOT 44; THENCE ALONG THE EASTERLY LINE OF SAID LOT 44; NORTH 10 DEGREE 00' 00" WEST 345.00 FEET TO THE POINT OF BEGINNING.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant shall be and is hereby authorized to enforce its rights and remedies under applicable non-bankruptcy law with regard to the above collateral, all in accordance with the law of the State of California.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this order, any proof of claim previously filed by or on behalf of Movant for the obligations secured by the above described deed of trust shall be deemed withdrawn, and the trustee shall be relieved from any further obligation to make payments thereon.  Any post-petition foreclosure claim for any deficiency during the pendency of this bankruptcy case may be made by filing a Proof of Claim in this case.

   IT IS FURHTER ORDERED, ADJUDGED AND DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

CSD 1159A

Signed by Judge Christopher B. Latham March 1, 2019